UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-22147-UU

HOWARD COHAN,

    Plaintiff,

v.

BLUEGREEN VACATIONS CORP.,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement. D.E. 12. THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On July 10, 2018, the Parties filed the Notice of Settlement, informing the Court that the parties had reached a resolution of all of the issues in this action and expect to file a stipulation of dismissal within thirty (30) days. D.E. 12.

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _10th_ day of July, 2018.

                                                            *Ursula Ungaro*
                                                           _____
                                                           URSULA UNGARO
                                                           UNITED STATES DISTRICT JUDGE

copies provided: counsel of record