UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-22147-UU

HOWARD COHAN,

    Plaintiff,

v.

BLUEGREEN VACATIONS CORPORATION,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties Joint Stipulation of Dismissal with Prejudice (the "Stipulation). D.E. 15. THE COURT has considered the Motion, pertinent portions of the record and is otherwise fully advised in the premises.

On July 25, 2018, the Parties filed the Stipulation requesting that the Court dismiss the case with prejudice and retain jurisdiction to enforce the terms of the settlement agreement. D.E. 15. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed. It is further

ORDERED AND ADJUDGED that the Court SHALL RETAIN jurisdiction until **October 25, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this _24th_ day of July, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf